Case 2:17-cr-00022-WFN    ECF No. 327    filed 07/06/20    PageID.1688    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    -vs-<br><br>MANTEJPAL SINGH KALKAT,<br><br>    Defendant. | No.   2:17-CR-0022-WFN-1<br><br>ORDER<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

   Pending before the Court is Defendant's Motion for Reduction in Sentence Under 18 U.S.C. § 3582(c)(1)(A).  ECF No. 315.  Defendant has exhausted his claim with the Bureau of Prisons [BOP].

   Mr. Kalkat must demonstrate that "(i) extraordinary and compelling reasons warrant such a reduction; or (ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c) . . . and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g)." 18 U.S.C. § 3582(c)(1)(A).  As Defendant is not over 70 years old, he must demonstrate that extraordinary and compelling reasons warrant reduction.

   Defendant has demonstrated extraordinary or compelling reasons warranting a sentence reduction.  Defendant suffers from multiple health issues that greatly increase his risk of death if he contracts COVID-19.  He has submitted documentation of cirrhosis of the liver as well as hypertension.  Evidence demonstrates an increased chance of death if he were to contract COVID-19.  He is housed in a facility that has not released public data concerning cases of COVID-19 within the facility and he reports that he does not have adequate space to practice social distancing.

ORDER - 1

Defendant poses little danger to the public. Defendant has served the bulk of his original sentence. He is a Canadian citizen subject to deportation upon release from BOP custody. Though his underlying conviction was serious, it was his first offense and he has no history of violence or gun possession. Consequently, the Court concludes that Defendant has presented extraordinary or compelling reasons for release. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Reduction in Sentence Under 18 U.S.C. § 3582(c)(1)(A), filed May 29, 2020, **ECF No. 315**, is **GRANTED**.

2. Defendant's sentence, as imposed in the Judgment at ECF No. 203, is **MODIFIED** to **TIME SERVED** as reflected in the Amended Judgment filed contemporaneously herewith**.**

3. Defendant shall be **RELEASED immediately** subject to the ICE detainer. If released from ICE custody, <u>Defendant shall contact the United States Probation Office within 72 hours of his release</u> and remain under a strict 14-day quarantine in the event he has unknowingly been exposed to COVID-19. If he develops symptoms of COVID-19 he shall follow medical advice.

4. Defendant shall be on supervised release for a period of **5 years**. Defendant shall abide by all conditions of release imposed in the Amended Judgment.

5. Defendant's Motion for Leave to File Excess Pages, filed June 25, 2020, **ECF No. 323,** is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel, the Spokane United States Probation Office **AND TO** the United States Marshals Service—**Action Required**.

**DATED** this 6th day of July, 2020.

07-02-20

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2